THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

IN THE MATTER OF THE COMPLAINT AGAINST:

Richard Leslie Turner, III
Date of Birth: 08/31/1969
Currently detained at the Greene County (Missouri) Jail,
1000 North Boonville Ave., Springfield, Missouri 65802

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Barry L. Petru, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the FBI for nineteen (19) years and am currently assigned to the Kansas City Division, Springfield, Missouri Resident Agency. Since joining the FBI, I have conducted investigations involving violent crimes, as well as crimes involving bomb threats and other types of threatening communications.

2. As a Special Agent with the FBI, I am authorized to investigate violations of law of the United States and to execute warrants issued under the authority of the United States.

3. The information in this affidavit is based on the investigation conducted by Department of Veterans Affairs Police Department and my own investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me regarding the investigation. I have set forth the facts I believe necessary to establish probable cause to believe Richard Leslie Turner, III ("Turner"), date of birth 08/31/1969, has violated Title 18, United States Code, Section 844(e).

4. On July 13, 2018, the FBI began investigating the activities of Turner, who at that time resided at 2446 N. Lyon, Springfield, Greene County, Missouri, a location within the Western District of Missouri, based on information received from the Department of Veterans Affairs Police Department indicating that Turner had made threats to destroy the Veterans Affairs Clinic ["VA Clinic"], located in Mt. Vernon, Missouri, during a phone call with law enforcement, in violation of Title 18, United States Code, Section 844(e). Mt. Vernon, Missouri, is also a location within the Western District of Missouri.

5. On July 13, 2018, I became aware that the Department of Veterans Affairs Police, located at 1100 N. College Ave., Fayetteville, Arkansas, was investigating a complaint of interstate communication of a bomb threat, specifically by telephone, made to the Department of Veterans Affairs, Community Based Outpatient Clinic, located at 600 N. Main Street, Mt. Vernon, Missouri. During my inquiry, I learned the person believed to be responsible for the threat to destroy the VA Clinic was defendant Richard Leslie Turner, III. I also learned that the defendant currently lives in Springfield, Missouri, and was a patient of the VA Clinic in Mt. Vernon, Missouri.

6. During my investigation, I learned that on Friday, July 13, 2018, the defendant went to the VA Clinic in Mt. Vernon, Missouri, for a previously scheduled appointment. Upon arrival, the defendant was told by staff member, Larry Steptoe, that the appointment had been changed. The defendant was further told staff had unsuccessfully attempted to contact him at the phone number reflected in his medical file. The defendant became angry and left the VA Clinic. Shortly after the defendant left another clinic patient informed staff member Steptoe that the defendant was in the facility parking lot making statements about obtaining explosives and blowing up the VA Clinic. Staff immediately notified the Veterans Affairs Police Department per agency protocol.

7. I then learned from Veterans Affairs Chief of Police James Harden, who is located at 1100 N. College Ave., Fayetteville, Arkansas, that he made telephonic contact

with the defendant at his telephone number on July 13, 2018, at approximately 4:00 p.m. Chief Harden advised that a male answered the call, and Chief Harden inquired if he was speaking specifically with Turner. Chief Harden advised that he was told "yes," he was speaking with the defendant. Chief Harden then identified himself and informed the defendant it was illegal to make threats to blow up a federal facility. Chief Harden advised that the defendant stated that he was angry because the VA Clinic had called the police and as a result, he really intended to blow up the clinic because the police had called him. The defendant then cursed at Chief Harden and hung up.

8. I also learned that on Tuesday, July 17, 2018, the VA Clinic in Mt. Vernon, Missouri, received a threatening telephone call from the defendant. Clinic staff member Steptoe took the phone call, in which the caller identified himself by name as the defendant, Richard Leslie Turner, III. The defendant then told Steptoe that he had turned him into the police, and he intended to travel to the VA Clinic and kill Steptoe. Steptoe advised that he recognized the caller's voice as the defendant, Richard Leslie Turner, III.

9. Based on the foregoing, Affiant submits there is probable cause, in support of criminal complaint against Richard Leslie Turner, III, to believe that Turner committed the violation of Title 18, United States Code 844(e).

_____
Barry L. Petru
Special Agent, Federal Bureau of Investigation

Subscribed and sworn before me this 19th day of July, 2018.

_____
David P. Rush
United States Magistrate Judge
Western District of Missouri